Name & Address:

FILED
CLERK, U.S. DISTRICT COURT
SEP 22 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: LR DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF(S)<br>v.<br>Daniel Moreno<br>DEFENDANT(S). | CASE NUMBER<br>2:14CR-00559-ODW<br>**NOTICE OF JURISDICTION / TREATY TRANSFER-IN** |

To: All Parties/Counsel of Record

The Court has approved the
- ☑ supervised release
- ☐ probation
- ☐ treaty

transfer-in for the case referred to above.

The matter has been randomly assigned to United States ☑ District Judge ☐ Magistrate Judge ______ Otis D. Wright ______ for all further proceedings.

Please include the criminal case number as reflected above on all documents subsequently filed in this case.

Clerk, U. S. District Court

09/22/2014
Date

By: L. Rodriguez
Deputy Clerk

cc: U.S. Attorney's Office
U.S. Probation Office