LA14CR00559-ODW

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

TERRY NAFISI
District Court Executive and
Clerk of Court

September 25, 2014

FILED
CLERK, U.S. DISTRICT COURT
OCT 10 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

FILED
OCT 01 2014

✓ Clerk, United District Court
Southern District of California
- Main Office
United States Courthouse (Annex)
333 West Broadway, Suite 420
San Diego, CA 92101

Re: Transfer of Jurisdiction of Probation

Your Case No. 12 CR 05187-008-JAH

Assigned Our Case No. 2:14CR00559 ODW

Case Title: USA VS DANIEL MORENO

Dear Sir/Madam:

Enclosed is the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge George H. King, Chief Judge.

Please forward to this district court certified copies of the following documents:
1) Indictment, Information, or Complaint
2) Judgment and Probationary Order
3) If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/or document reflecting such consent, or waiver form.

The probationer has been assigned our case number as referenced above. Please include this case number in all future correspondence.

Sincerely,

Clerk, U.S. District Court

By L Chai 213-894-5730
Deputy Clerk

cc: Probation Office, Los Angeles
Probation Office, District of Origin

~~Case 2:14-cr-00559-ODW Document 1 Filed 09/22/14 Page 1 of 1 Page ID #:1~~

PROB 22
(Rev 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
12CR05187-008-JAH

DOCKET NUMBER *(Rec. Court)*
2:14CR-00559-ODW

NAME AND ADDRESS OF

Daniel Moreno
[redacted]
East Los Angeles, California

OCT 01 2014

DISTRICT
Southern California

DIVISION
San Diego

NAME OF SENTENCING JUDGE
John A. Houston
U.S. District Judge

| DATES OF | FROM | TO |
|---|---|---|
| supervised release | 11/8/2013 | 11/7/2017 |

OFFENSE

21 U.S.C. § 846 and § 841(a)(1), Conspiracy to Distribute Marijuana, a Class B felony.

FILED
CLERK, U.S. DISTRICT COURT
SEP 22 2014
CENTRAL DISTRICT OF CALIFORNIA
BY LR DEPUTY

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

I hereby attest and certify on Oct 01, 2014 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

Clerk, U.S. District Court
Southern District of California

By: s/ J. Petersen
Deputy

8-20-14
Date

John A. Houston
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named be accepted and assumed by this Court from and after the entry of this order.

9/19/14
Effective Date

~~United States District Judge~~
George H. King, Chief Judge

I hereby attest and certify on 9/25/2014 that the foregoing document is full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT · CENTRAL DISTRICT OF CALIFORNIA

AO 245B (CASD) (Rev. 1/12) Judgment in a Criminal Case
Sheet 1

FILED
NOV 13 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
v.
Daniel Moreno -8

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: 12-cr-05187-JAH-8

Kathryn A. Thickstun
Defendant's Attorney

**REGISTRATION NO.** 35709298

☐

THE DEFENDANT:

☒ pleaded guilty to count(s) one of the superseding information.

☐ was found guilty on count(s) ______
after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 21 USC 846, 841(a)(1) | Conspiracy to Distribute Marijuana | 1 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) ______

☒ Count(s) remaoning is ☐ are ☒ dismissed on the motion of the United States.

☒ Assessment: $100.00.

☒ No fine ☐ Forfeiture pursuant to order filed ______, included herein.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

November 8, 2013
Date of Imposition of Sentence

HON. JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

I hereby attest and certify on Oct 01, 2014 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

Clerk, U.S. District Court
Southern District of California

By: s/ J. Petersen
Deputy

DEFENDANT: Daniel Moreno -8
CASE NUMBER: 12-cr-05187-JAH-8

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of
Time served.

☐ Sentence imposed pursuant to Title 8 USC Section 1326(b).

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at ______________ ☐a.m. ☐p.m. on ____________________ .

as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before ________________________________

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on ______________________ to ______________________

at ______________________ , with a certified copy of this judgment.

______________________________
UNITED STATES MARSHAL

By ______________________________
DEPUTY UNITED STATES MARSHAL

DEFENDANT: Daniel Moreno -8
CASE NUMBER: 12-cr-05187-JAH-8

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:
Four years.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

*For offenses committed on or after September 13, 1994:*

The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court. Testing requirements will not exceed submission of more than 4 drug tests per month during the term of supervision, unless otherwise ordered by court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

☒ The defendant shall cooperate in the collection of a DNA sample from the defendant, pursuant to section 3 of the DNA Analysis Backlog Elimination Act of 2000, pursuant to 18 USC sections 3563(a)(7) and 3583(d).

☐ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. (Check if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution obligation, it is a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in this judgment.

The defendant must comply with the standard conditions that have been adopted by this court. The defendant shall also comply with any special conditions imposed.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: Daniel Moreno -8
CASE NUMBER: 12-cr-05187-JAH-8

# SPECIAL CONDITIONS OF SUPERVISION

☒ Submit person, residence, office or vehicle to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

☐ If deported, excluded, or allowed to voluntarily return to country of origin, not reenter the United States illegally and report to the probation officer within 24 hours of any reentry to the United States; supervision waived upon deportation, exclusion or voluntary departure.

☒ Obtain a General Education Diploma during the supervisory period.

☐ Not associate with undocumented aliens or alien smugglers.

☐ Not reenter the United States illegally.

☐ Not enter or reside in the Republic of Mexico without written permission of the Court or probation officer.

☐ Report all vehicles owned or operated, or in which you have an interest, to the probation officer.

☐ Not possess any narcotic drug or controlled substance without a lawful medical prescription.

☐ Not associate with known users of, smugglers of, or dealers in narcotics, controlled substances, or dangerous drugs in any form.

☐ Participate in a program of mental health treatment as directed by the probation officer, take all medications as prescribed by a psychiatrist/physician, and not discontinue any medication without permission. The Court authorizes the release of the presentence report and available psychological evaluations to the mental health provider, as approved by the probation officer. Allow for reciprocal release of information between the probation officer and the treatment provider. May be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.

☐ Take no medication containing a controlled substance without valid medical prescription, and provide proof of prescription to the probation officer, if directed.

☐ Provide complete disclosure of personal and business financial records to the probation officer as requested.

☐ Be prohibited from opening checking accounts or incurring new credit charges or opening additional lines of credit without approval of the probation officer.

☐ Complete 100 hours of community service in a program approved by the probation officer.

☐ Resolve all outstanding warrants within days.

☐ Complete hours of community service in a program approved by the probation officer within

☐ Complete a residential drug treatment program as directed by the Probation Officer.

☐ Participate in a program of drug or alcohol abuse treatment, including urinalysis or sweat patch testing and counseling, as directed by the probation officer. Allow for reciprocal release of information between the probation officer and the treatment provider. May be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.

☐

FILED
FEB 28 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. DANIEL MORENO (8), Defendant. | Case No. 12CR5187-JAH<br>Superseding I N F O R M A T I O N<br>Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Marijuana |

The United States Attorney charges:

Beginning on a date unknown and continuing to on or about November 22, 2012, within the Southern District of California, and elsewhere, defendant DANIEL MORENO did knowingly and intentionally conspire with persons, known and unknown, to distribute 100 kilograms and more of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and 846.

DATED: February 26, 2013.

LAURA E. DUFFY
United States Attorney

PAUL L. STARITA
Assistant U.S. Attorney

I hereby attest and certify on Oct 01, 2014 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

Clerk, U.S. District Court
Southern District of California

By: s/ J. Petersen
Deputy

FILED

13 JAN 16 PM 3:43

CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

BY: [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

February 2012 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN OLIVAS-AMADOR (1),<br>FAVIAN OBESO-LOPEZ (2),<br>EFRAIN MEDINA (3),<br>AGUSTIN HERNANDEZ (4),<br>ROBERT MARK HERNANDEZ (5),<br>SALVADOR VASQUEZ (6),<br>MARIO MIGUEL ORTIZ (7),<br>DANIEL MORENO (8),<br><br>Defendants. | Case No. 12CR5187-JAH<br><br>I N D I C T M E N T<br>**(Superseding)**<br><br>Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Marijuana; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute; Title 21, U.S.C., Sec. 952 and 960 - Importation of Marijuana; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |

The grand jury charges:

Count 1

Beginning at a date unknown to the grand jury and continuing up to and including November 22, 2012, within the Southern District of California, and elsewhere, defendants MARTIN OLIVAS-AMADOR, FAVIAN OBESO-LOPEZ, EFRAIN MEDINA, AGUSTIN HERNANDEZ, ROBERT MARK HERNANDEZ, SALVADOR VASQUEZ, MARIO MIGUEL ORTIZ, and DANIEL MORENO did knowingly and intentionally conspire together and with each other and with other persons known and unknown to the grand jury to distribute 1,000 kilograms or more of marijuana, to wit: approximately 1,165.52 kilograms (2,564.14 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

PLS:nlv:San Diego
1/15/13

Count 2

On or about November 22, 2012, within the Southern District of California, defendants MARTIN OLIVAS-AMADOR, FAVIAN OBESO-LOPEZ, EFRAIN MEDINA, AGUSTIN HERNANDEZ, ROBERT MARK HERNANDEZ, SALVADOR VASQUEZ, MARIO MIGUEL ORTIZ, and DANIEL MORENO did knowingly and intentionally possess, with intent to distribute 1,000 kilograms and more of marijuana, to wit: approximately 1,165.52 kilograms (2,564.14 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Count 3

On or about November 22, 2012, within the Southern District of California, defendants MARTIN OLIVAS-AMADOR, FAVIAN OBESO-LOPEZ, EFRAIN MEDINA, AGUSTIN HERNANDEZ, ROBERT MARK HERNANDEZ, SALVADOR VASQUEZ, MARIO MIGUEL ORTIZ, and DANIEL MORENO did knowingly and intentionally import 1,000 kilograms and more of marijuana, to wit: approximately 1,165.52 kilograms (2,564.14 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

DATED: January 16, 2013.

A TRUE BILL:

Foreperson

LAURA E. DUFFY
United States Attorney

By:
ALEXANDRA F. FOSTER
Assistant U.S. Attorney



I hereby attest and certify on Oct 01, 2014 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

Clerk, U.S. District Court
Southern District of California

By: s/ J. Petersen
Deputy

CLOSED,PROBATION TRANSFER

# U.S. District Court
# Southern District of California (San Diego)
# CRIMINAL DOCKET FOR CASE #: 3:12-cr-05187-JAH-8

Case title: USA v. Olivas-Amador et al

Date Filed: 12/19/2012
Date Terminated: 11/13/2013

---

Assigned to: Judge John A. Houston

**Defendant (8)**

**Daniel Moreno**
*TERMINATED: 11/13/2013*

represented by **Kathryn A. Thickstun**
Law Offices of Kathryn A. Thickstun
3131 Xenophon St
San Diego, CA 92106-1537
(619)523-5375
Fax: (619)523-5376
Email: kathickstun@cox.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| Pending Counts | Disposition |
|---|---|
| 21:841(a)(1) and 846 - Conspiracy to Distribute Marijuana (1s) | Custody of the BOP for Time served. Supervised release for four years with conditions. No fine. $100.00 penalty assessment. |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| 21:841(a)(1) and 846 - Conspiracy to Distribute Marijuana. (1) | Dismissed without prejudice. |
| 21:841(a)(1), 18-2 - Possession of Marijuana with Intent to Distribute and Aiding and Abetting. (2) | Dismissed without prejudice. |
| 21:952 and 960, 18-2 - Importation of Marijuana and Aiding and Abetting. (3) | Dismissed without prejudice. |

**Highest Offense Level (Terminated)**

Felony

| Complaints | Disposition |
|---|---|
| None | |

---

**Plaintiff**

**USA**

represented by **U S Attorney CR**
U S Attorneys Office Southern District of California
Criminal Division
880 Front Street

Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov
*TERMINATED: 01/07/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant United States Attorney*

**Paul L Starita**
U S Attorneys Office Southern District of California
Civil Division
880 Front Street
Room 6293
San Diego, CA 92101
(619) 546-8402
Email: Paul.Starita@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant United States Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/16/2013 | 51 | SUPERSEDING INDICTMENT as to Martin Olivas-Amador (1) count(s) 1s, 2s, 3s, Favian Obeso-Lopez (2) count(s) 1, 2, 3, Efrain Medina (3) count(s) 1, 2, 3, Agustin Hernandez (4) count(s) 1, 2, 3, Robert Mark Hernandez (5) count(s) 1, 2, 3, Salvador Vasquez (6) count(s) 1, 2, 3, Mario Miguel Ortiz (7) count(s) 1, 2, 3, Daniel Moreno (8) count(s) 1, 2, 3. (jpp)(av1). (Entered: 01/17/2013) |
| 01/17/2013 | 52 | Minute Entry for proceedings held before Magistrate Judge William McCurine, Jr: Initial Appearance as to Favian Obeso-Lopez, Efrain Medina, Agustin Hernandez, Robert Mark Hernandez, Salvador Vasquez, Mario Miguel Ortiz, Daniel Moreno held on 1/17/2013, Arraignment as to Favian Obeso-Lopez (2) Count 1,2,3 of the Superseding Indictment and Efrain Medina (3) Count 1,2,3 of the Superseding Indictment and Agustin Hernandez (4) Count 1,2,3 of the Superseding Indictment and Robert Mark Hernandez (5) Count 1,2,3 of the Superseding Indictment and Salvador Vasquez (6) Count 1,2,3 of the Superseding Indictment and Mario Miguel Ortiz (7) Count 1,2,3 of the Superseding Indictment and Daniel Moreno (8) Count 1,2,3 of the Superseding Indictment held on 1/17/2013; Not Guilty plea entered( Motion Hearing/Trial Setting set for 1/28/2013 10:30 AM in Courtroom 13B before Judge John A. Houston.); Attorney Gary Paul Burcham appointed for Favian Obeso-Lopez,Chad Calabria retained for Efrain Medina, Charles L Rees appointed for Agustin Hernandez, John Owen Lanahan appointed for Robert Mark Hernandez, Carolyn L Oliver appointed for Salvador Vasquez, Lee Plummer appointed for Mario Miguel Ortiz, Kathryn A. Thickstun appointed (n/a)for Daniel Moreno; Court imposes the same bail conditions and bond amounts (if set) in case 12cr5179-BEN; Bond set as to Favian Obeso-Lopez (2) No bail and Efrain Medina (3) $30,000 PS and Agustin Hernandez (4) $20,000 PS and Robert Mark Hernandez (5) $20,000 PS and Salvador Vasquez (6) No bail and Mario Miguel Ortiz (7) $25,000 PS and Daniel Moreno (8) $15,000 PS. (CD# 1/17/2013 WMC13-10:24-10:31). (Plaintiff Attorney Michael Lizano). (Defendant Attorney Gary Paul Burcham 2 ; Chad Calabria 3 ; Charles Rees 4 ; John Lanahan 5 & s/a for 8 ; Carolyn Oliver 6 ; Ira L. Plummer 7 ). (no document attached) (rab) (Entered: 01/18/2013) |
| 01/17/2013 | 53 | MODIFIED ORDER Setting Conditions of Release. Bond set for Daniel Moreno (8) $15,000 P/S, secured by the co-signatures of 2 financially responsible adults. Signed by Magistrate Judge William McCurine, Jr. on 01/03/13. (jpp)(jrd) (Entered: 01/18/2013) |
| 01/17/2013 | 106 | ***English. No Interpreter needed as to Daniel Moreno (no document attached) (nsp) (Entered: 03/06/2013) |
| 01/18/2013 | 64 | MOTION for Joinder *in Co-Defendant's Motions to 1) Compel Discovery/ Preserve Evidence; 2) Preserve and Re-weigh Narcotic Evidence and; 3) Grant Leave to File Further Motions [Doc. 50]* by Daniel Moreno. (Attachments: # 1 Proof of Service)(Thickstun, Kathryn) (jpp). (Entered: 01/18/2013) |
| 01/28/2013 | 70 | Minute Entry for proceedings held before Judge John A. Houston: Motion Hearing/Trial Setting as to Martin Olivas-Amador, Favian Obeso-Lopez, Efrain Medina, Agustin Hernandez, Robert Mark Hernandez, Salvador Vasquez, Mario Miguel Ortiz, Daniel Moreno continued to 3/1/2013 10:30 AM in Courtroom 13B before Judge John A. Houston. The Court orders that a Criminal History report be prepared within six weeks for defendants (04, 05, 07, 08).(Court Reporter Cameron Kircher).(Plaintiff Attorney Paul L. Starita, AUSA). |

| | | |
|---|---|---|
| | | (Defendant Attorney Kasha K. Castillo, Gary Paul Bursham, Charles L. Rees, John Owen Lanahan, Carolyn Oliver, Lee Plummer Kathryn A. Thickstun.). (no document attached) (lwm) (Entered: 01/29/2013) |
| 02/25/2013 | 81 | CORRECTED NOTICE OF HEARING as to Defendant Daniel Moreno. Bond Hearing w/ Surety Exam set for 2/28/2013 10:00 AM in Courtroom 1E before Magistrate Judge William McCurine Jr.. Change of Plea Hearing set for 2/28/2013 10:00 AM in Courtroom 1E before Magistrate Judge William McCurine Jr.. (no document attached) (rab) Modified on 2/27/2013 COP Hrg time corrected(rab). (Entered: 02/25/2013) |
| 02/28/2013 | 85 | CONSENT TO RULE 11 PLEA before Magistrate Judge William McCurine, Jr by Daniel Moreno. (kaj) (Entered: 03/01/2013) |
| 02/28/2013 | 88 | FINDINGS AND RECOMMENDATION of the Magistrate Judge upon a Tendered Plea of Guilty as to Daniel Moreno: Recommending that the district judge accept the defendant's plea of guilty. Signed by Magistrate Judge William McCurine, Jr on 2/28/13. (kaj) (Entered: 03/01/2013) |
| 02/28/2013 | 90 | PLEA AGREEMENT as to Daniel Moreno (kaj) (Entered: 03/01/2013) |
| 02/28/2013 | 93 | SUPERSEDING INFORMATION as to Daniel Moreno (8) count(s) 1s. (rab) (Entered: 03/01/2013) |
| 02/28/2013 | 94 | WAIVER OF INDICTMENT by Daniel Moreno (rab) (Entered: 03/01/2013) |
| 02/28/2013 | 95 | Excludable Minute Order as to Daniel Moreno, Excludable(s) started as to Daniel Moreno: XK (proposed plea agreement) 2/28/13 - 5/28/13, XT1 (cont - tendered guilty plea) 2/28/13 - 5/28/13. Signed by Magistrate Judge William McCurine, Jr on 2/28/13. (kaj) (Entered: 03/01/2013) |
| 02/28/2013 | 98 | Minute Entry for proceedings held before Magistrate Judge William McCurine, Jr: Arraignment as to Daniel Moreno (8) Count 1s of the Superseding Information held on 2/28/2013; Not Guilty plea entered, Change of Plea Hearing as to Daniel Moreno held on 2/28/2013. Plea Tendered by Daniel Moreno Guilty on counts 1s of the Superseding Information. PSR Ordered;( Sentence With PSR set for 5/28/2013 08:30 AM in Courtroom 13B before Judge John A. Houston.), Bond Hearing as to Daniel Moreno held on 2/28/2013. Govt objects to Hugo Cruz as a surety; ( Bond Hearing continued to 3/7/2013 09:00 AM in Courtroom 1E before Magistrate Judge William McCurine Jr.., Sentence With PSR set for 5/28/2013 08:30 AM in Courtroom 13B before Judge John A. Houston.) (CD# 2/28/2013 WMC13-10:04-10:48). (Plaintiff Attorney Michael Lizano). (Defendant Attorney Kathryn Thickstun). (no document attached) (rab) (Entered: 03/01/2013) |
| 03/04/2013 | 105 | NOTICE OF CHANGE OF HEARING as to Defendant Daniel Moreno. Bond Hearing reset to 3/8/2013 09:30 AM in Courtroom 1G before Magistrate Judge William McCurine Jr.. (no document attached) (rab) (Entered: 03/04/2013) |
| 03/07/2013 | 107 | ***English. No Interpreter needed as to Daniel Moreno (no document attached) (nsp) (Entered: 03/07/2013) |
| 03/08/2013 | 112 | Minute Entry for proceedings held before Magistrate Judge William McCurine, Jr: Bond Hearing as to Daniel Moreno held on 3/8/2013. Court finds proposed surety Hugo Cruz unacceptable as a surety. Court will accept the defendant's mother as a surety. (CD# 3/8/2013 WMC13-9:44-9:55). (Plaintiff Attorney Paul L. Starita). (Defendant Attorney Kathryn A. Thickstun). (PTSO: Jovanna Mederios). (no document attached) (rab) (Entered: 03/08/2013) |
| 04/02/2013 | 136 | ORDER ACCEPTING GUILTY PLEA as to count(s) 1 of the Superseding Information, as to Daniel Moreno, adopting 88 Findings and Recommendation,. Signed by Judge John A. Houston on 04/02/13. (jpp) (jrl). (Entered: 04/02/2013) |
| 04/19/2013 | 146 | PRE-SENTENCE REPORT as to Daniel Moreno. Report prepared by: L.Bryant. (Document applicable to USA, Daniel Moreno.) (Maldonado-Olivo, I.) (jpp). (Entered: 04/19/2013) |
| 05/23/2013 | 156 | NOTICE OF CHANGE OF HEARING as to Defendant Daniel Moreno. Sentence With PSR is reset to 7/15/2013 08:30 AM in Courtroom 13B before Judge John A. Houston. (no document attached) (lwm) (Entered: 05/23/2013) |
| 07/02/2013 | 177 | NOTICE OF CHANGE OF HEARING as to Defendants Favian Obeso-Lopez, Mario Miguel Ortiz, Daniel Moreno. On the Court's motion the Sentence With PSR set for 7/15/13 is vacated and reset to 7/19/2013 08:30 AM in Courtroom 13B before Judge John A. Houston. (no document attached) (lwm) (Entered: 07/02/2013) |
| 07/11/2013 | 180 | NOTICE OF CHANGE OF HEARING as to Defendant Daniel Moreno. Defendant shall file an acknowledgment of the next court date by 8/5/13. Sentence With PSR is reset to 9/30/2013 08:30 AM in Courtroom 13B before Judge John A. Houston. (no document attached) (lwm) (Entered: 07/11/2013) |
| 09/25/2013 | 193 | NOTICE OF CHANGE OF HEARING as to Defendant Daniel Moreno. Sentence With PSR is reset to 11/8/2013 09:00 AM in Courtroom 13B before Judge John A. Houston. (no document attached) (lwm) (Entered: 09/25/2013) |

| | | |
|---|---|---|
| 10/25/2013 | 200 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by Daniel Moreno (Attachments: # 1 Proof of Service)(Thickstun, Kathryn) (jpp). (Entered: 10/25/2013) |
| 10/30/2013 | 203 | SENTENCING MEMORANDUM by Daniel Moreno (Attachments: # 1 Exhibit Sentencing Letters, # 2 Proof of Service)(Thickstun, Kathryn) (jpp). (Entered: 10/30/2013) |
| 10/30/2013 | 204 | SENTENCING SUMMARY CHART by Daniel Moreno (Attachments: # 1 Sentencing Summary Chart, # 2 Proof of Service)(Thickstun, Kathryn) (jpp). (Entered: 10/30/2013) |
| 10/30/2013 | 205 | SENTENCING SUMMARY CHART by USA as to Daniel Moreno (Starita, Paul) (jpp). (Entered: 10/30/2013) |
| 10/31/2013 | 206 | ADDENDUM TO PRE-SENTENCE REPORT as to Daniel Moreno. Report prepared by: L.Bryant. (Document applicable to USA, Daniel Moreno.) (Maldonado-Olivo, I.) (jpp). (Entered: 10/31/2013) |
| 11/08/2013 | 214 | Minute Entry for proceedings held before Judge John A. Houston: Sentence With PSR Hearing held on 11/8/2013 for Daniel Moreno (8). Counts 1, 2, 3, Dismissed without prejudice. Count 1s, Custody of the BOP for Time served. Supervised release for four years with conditions. No fine. $100.00 penalty assessment. Appeal waived. (Court Reporter/ECR Cami Kircher). (Plaintiff Attorney Paul L. Starita, AUSA). (Defendant Attorney Kathryn A. Thiskstun, CJA). (no document attached) (lwm) (Entered: 11/08/2013) |
| 11/08/2013 | 222 | ABSTRACT OF ORDER Releasing Daniel Moreno. (jpp) (Entered: 11/13/2013) |
| 11/13/2013 | 223 | JUDGMENT as to Daniel Moreno (8), Count(s) 1, 2, 3, Dismissed without prejudice.; Count(s) 1s, Custody of the BOP for Time served. Supervised release for four years with conditions. No fine. $100.00 penalty assessment.. Signed by Judge John A. Houston (jpp) (av1). (Entered: 11/13/2013) |
| 10/01/2014 | 267 | Probation Jurisdiction Transferred to Central District of California as to Daniel Moreno. Signed by Judge John A. Houston on 08/20/14.(jpp) (Entered: 10/01/2014) |
| 10/01/2014 | 268 | NOTICE to Receiving District **(Central District of California)** of Criminal Case Transfer, as to Daniel Moreno. The following documents are available on the public docket: 93 Information - Felony, 223 Judgment, 267 Transfer Out/Probationer, 51 Indictment,. To request additional transfer information and/or to submit acknowledgment re receipt of transfer, please email InterdistrictTransfer_CASD@casd.uscourts.gov. (no document attached) (jpp) (Entered: 10/01/2014) |